IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 16-mj-1047 |
| | ) | |
| RICHARD K. FRANCIS | ) | |

## **ORDER OF DISMISSAL**

Defendant Richard K. Francis was issued six Violation Notices by the VA Hospital Security as follows:

    4217279 TM50, issued 10/15/14, for unauthorized loitering sleeping or assembly on property

    4217280 TM50, issued 10/15/14, for disorderly conduct

    1897938 TM50, issued 10/20/14, for trespass on VA controlled property

    4216760 TM50, issued 4/2/15, for entering premises under the influence of alcohol

    4216759 TM50, issued 4/22/15, for disorderly conduct

    4216885, TM50, issued 5/12/15, for unauthorized alcohol on VA property

Defendant was issued these citations and notices to appear in court but failed to appear for any of them. As a consequence, warrants were issued for Defendant's arrest.

On June 9, 2016, Defendant was arrested on all six warrants and made his first appearance before the Court. Defendant was appointed counsel and placed on conditions of pretrial release. A bench trial was scheduled for August 11, 2016.

On August 11, 2016, the Court convened the bench trial. Appearing were Assistant United States Attorney Delk Kennedy, and Assistant Federal Defender Caryll Alpert. Defendant did not appear and counsel advised that she had lost contact with Defendant.

The Government moved to dismiss all six citations, discharge Defendant's bond, and close these cases. There was no objection from defense counsel.

Therefore, the Government's motion to dismiss all six citations listed above is GRANTED. Defendant's bond is discharged. The Clerk of Court shall close this magistrate judge case, and the Central Violations Bureau shall record these six citations as dismissals.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge